RONALD L. RICHMAN (SBN 139189)
SUSAN J. OLSON (SBN 152467)
ARLENA V. CARROZZI (SBN 250116)
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-mail:  ron.richman@bullivant.com
         susan.olson@bullivant.com
         arlena.carrozzi@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>ASHLEY HAWLEY RHODES, an individual d/b/a ASHLEY H. RHODES COMPANY,<br><br>                    Defendant. | Case No.: CV-12-02661 NC<br><br>**REQUEST TO DISMISS CASE WITHOUT PREJUDICE; ORDER THEREON** |

– 1 –

REQUEST TO DISMISS CASE WITHOUT PREJUDICE; [PROPOSED] ORDER THEREON
*Laborers Trust Fund, etc., et al. v. Ashley Hawley Rhodes* [U.S.D.C. (N.D. Cal.) No. CV-12-2661 NC]

Plaintiffs Laborers Trust Funds respectfully that this Court dismiss this entire action, without prejudice, on the following grounds:

On May 23, 2012, Plaintiffs Laborers Trust Funds filed their Complaint for Damages for Breach of Collective Bargaining Agreement and For a Mandatory Injunction ("Complaint"). Pursuant to the Complaint, Plaintiffs Laborers Trust Funds sought a mandatory injunctive order requiring Defendant Ashley Hawley Rhodes, an individual *doing business as* Ashley H. Rhodes Company ("Rhodes") to submit to an audit of Rhodes' books and records.

Despite repeated efforts to serve the Complaint on defendant Rhodes, Plaintiffs have been unable to effect service. Plaintiffs have exhausted all possibilities in their efforts to locate alternative address information for Rhodes, and remain unable to effect service of the Complaint.

Based on the above, Plaintiffs respectfully request that this Court dismiss this entire action, without prejudice.

DATED: August 22, 2012

          BULLIVANT HOUSER BAILEY PC

          By  */s/ Arlena V. Carrozzi*
              RONALD L. RICHMAN
              SUSAN J. OLSON
              ARLENA V. CARROZZI
              Attorneys for Plaintiffs

– 2 –

REQUEST TO DISMISS CASE WITHOUT PREJUDICE; [PROPOSED] ORDER THEREON
*Laborers Trust Fund, etc., et al. v. Ashley Hawley Rhodes* [U.S.D.C. (N.D. Cal.) No. CV-12-2661 NC]

1 **ORDER**

2  Plaintiff Laborers Trust Funds having submitted its Request to Dismiss Case, Without

3 Prejudice and good cause appearing:

4  IT IS HEREBY ORDERED that this case is dismissed, without prejudice.

6 DATED: August __23____, 2012

7  By _____
    HON. NATHANAEL M. COUSINS
8     UNITED STATES MAGISTRATE JUDGE

– 3 –

REQUEST TO DISMISS CASE WITHOUT PREJUDICE; [PROPOSED] ORDER THEREON
*Laborers Trust Fund, etc., et al. v. Ashley Hawley Rhodes* [U.S.D.C. (N.D. Cal.) No. CV-12-2661 NC]